# United States Court of Appeals for the Fifth Circuit

---

No. 22-50132
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 6, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

ASHLEY BENSON,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-187-6

---

Before JOLLY, OLDHAM, and WILSON, *Circuit Judges.*

PER CURIAM:[*]

Ashley Benson pleaded guilty of conspiracy to possess with intent to distribute 50 grams or more of actual methamphetamine and of possession of a firearm in furtherance of a drug trafficking crime. In this appeal, Benson raises issues related to the legality of her within-guidelines sentence, which we have reviewed for plain error. *See Puckett v. United States*, 556 U.S. 129,

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50132

135 (2009).  Benson has not shown an error, plain or otherwise.  The appeal is DISMISSED.